# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143613

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

_____

IN RE IN REVIEW OF CONSUMERS ENERGY
COMPANY RENEWABLE ENERGY PLAN.

_____

THE ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,
          Appellant,

v

MICHIGAN PUBLIC SERVICE COMMISSION,
CONSUMERS ENERGY COMPANY, MICHIGAN
CABLE TELECOMMUNICATIONS ASSOCIATION,
MICHIGAN ENVIRONMENTAL COUNCIL,
NATURAL RESOURCES DEFENSE COUNCIL, and
MICHIGAN SUSTAINABLE ENERGY COALITION,
          Appellees.

SC:  143613
COA:  292659
MPSC:    00-015805
            00-015889

_____/

      On order of the Court, the application for leave to appeal the July 12, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

Clerk

h0123